EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Gilberto Cuevas Vélez | 2004 TSPR 120 <br><br> 162 DPR _____ |

Número del Caso: TS-2063

Fecha: 12 de julio de 2004

Oficina de Inspección de Notarías:

Lcda. Carmen H. Carlos
Directora

Colegio de Abogados de Puerto Rico:

Lcdo. Ángel N. Candelario Cáliz
Oficial Investigador

Abogado del Querellado:

Por Derecho Propio

Materia: Solicitud de Enmienda

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Gilberto Cuevas Vélez

TS-2063

Sala Especial de Verano integrada por la Jueza Presidenta señora Naveira Merly y los Jueces Asociados señores Hernández Denton y Fuster Berlingeri.

RESOLUCION

San Juan, Puerto Rico, a 12 de julio de 2004.

Examinada la solicitud de enmienda presentada en este caso por Gilberto Cuevas Vélez, se enmienda *nunc pro tunc* nuestra Resolución del 7 de junio de 2004 para disponer la reinstalación al ejercicio de la abogacía y la notaría.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo